# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 10, 2017

Before

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 16-1784 | FLAVIANO VICTORIA-FAUSTINO, Petitioner<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, Respondent |
| **Originating Case Information:** | |
| Agency Case No: A208-506-162<br>Department of Homeland Security | |

Upon consideration of the **RESPONDENT'S UNOPPOSED MOTION TO AMEND OPINION**, filed on August 29, 2017, by counsel for the respondent,

**IT IS ORDERED** that the motion is **GRANTED**. The court's opinion dated August 1, 2017, is **AMENDED** is follows:

1) On page 3 of the slip opinion, which reads that the court remands "to the Board of Immigration Appeals for further proceedings," "Board of Immigration Appeals" is replaced with "Department of Homeland Security."

2) On page 7, footnote 1 of the slip opinion, which reads that the court must entertain Victoria-Faustino's arguments "even though he did not raise them to the Board," "Board" is replaced with "DHS."

3) On page 8 of the slip opinion, which reads that "the dissent contends that this would open the door for any legal challenge that was not raised to the Board to be heard on appeal,"

"Board" is replaced with "DHS."

       4) On page 13 of the slip opinion, which reads that the court "must remand this petition to the Board for further proceedings," "Board" is replaced with "DHS."

form name: **c7_Order_3J**(form ID: **177**)